IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE BOYD LAW GROUP, L.C., ) | |
| ) | |
| Plaintiffs, ) | Case No. 12-CV-01744 |
| ) | |
| v. ) | |
| ) | |
| SAINT LOUIS COUNTY, MISSOURI. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF PLAINTIFF'S WITHDRAWAL OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER PRELIMINARY INJUNCTION AND EXPEDITED HEARING

COMES NOW, Plaintiff and hereby withdraws its Motion for a Temporary Restraining Order, Preliminary Injunction and Expedited Hearing, in the above manner. In support of its Withdrawal, Plaintiff states that the Missouri Bankers Association was successful today in obtaining a Temporary Restraining Order, a copy of which is attached hereto as Exhibit A, regarding the same County Ordinance as issue in the instant matter in The Circuit Court of Saint Louis County, Missouri as Case No. 12SL-CC03659.

Therefore, as Plaintiff is not in imminent danger of suffering harm it hereby withdraws its Motion but reserves the right to re-file should the circumstances change.

Respectfully Submitted By:

THE BOYD LAW GROUP, L.C.

_/s/ Michael E. Boyd_
Michael E. Boyd, Mo. Bar #53870
300 St. Peters Centre Blvd., Suite 230
Saint Peters, MO 63376
Telephone: (636) 447-8500
Fax: (636) 447-8505
mboyd@boydlawlc.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of September, 2012, I mailed the foregoing US First Class Mail and via email to the following:

Saint Louis County, Missouri
c/o County Executive
41 South Central
9th Floor
Clayton, MO 63105
e-Mail:  cdooley@stlouisco.com

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

**FILED**
SEP 27 2012
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | |
|---|---|
| MISSOURI BANKERS ASSOCIATION INC., and JONESBURG STATE BANK<br><br>Plaintiffs<br><br>v.<br><br>ST. LOUIS COUNTY, MISSOURI and CHARLIE A. DOOLEY, in his official Capacity as County Executive,<br><br>Defendants. | Cause No. 12SL-CC03659<br><br>Division 33 |

## TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiffs Missouri Bankers Association, Inc., and Jonesburg State Bank ("Plaintiffs") Motion for a Temporary Restraining Order. The Motion was called, heard and submitted on September 27, 2012. Plaintiffs appeared by counsel, Jane Dueker. Defendants appeared by counsel, Patricia Redington. The Court, having heard the arguments of counsel and being now sufficiently advised hereby makes the following findings.

On August 28, 2012, the St. Louis County Council enacted Ordinance 25,190 of 2012 ("Ordinance") which purports to amend Title VII of the Revised St. Louis County Code by adding Chapter 727 entitled the "Mortgage Foreclosure Intervention Code." The measure was signed by Defendant Charles A. Dooley on August 29, 2012 and will become effective on September 28, 2012. The effect of the Ordinance is to require a lender who has loaned money to an owner of residential property that is secured by a deed of trust, to engage in mediation prior to filing a foreclosure deed.

Plaintiffs filed this Motion for Temporary Restraining Order seeking to enjoin Defendants from implementing or enforcing or causing to be implemented or enforced,

EXHIBIT A

1

09/27/2012  3:33PM  (GMT-05:00)

Ordinance No. 25,190 of 2012.

Pursuant to Rule 92.02(a), a Temporary Restraining Order shall not be granted unless the party seeking relief demonstrates immediate and irreparable injury, loss, or damage in the absence of relief. "A temporary restraining order maintains the status of the parties until the merits of their claim are resolved. It does not purport to pass upon the merits of a controversy or dispose of any issue." Ballesteros v. Johnson, 812 S.W.2d 217, 221 (Mo.App. 1991). *Internal citations omitted.*

The Court finds Plaintiffs will suffer immediate and irreparable financial and property damage if the Defendants are allowed to implement or enforce the Ordinance prior to a determination on the merits. The relief granted in this Temporary Restraining Order is merely to maintain the status quo.

Accordingly, Plaintiff's Motion for a Temporary Restraining Order is hereby GRANTED. Defendants St. Louis County, Missouri and Charlie A. Dooley, in his official capacity as County Executive, are hereby enjoined from implementing or enforcing Ordinance No. 25,190 of 2012 or causing such Ordinance to be implemented or enforced.

It is further Ordered that Plaintiffs Missouri Bankers Association and Jonesburg State Bank post a bond in the amount of $25,000 which shall be deemed sufficient security in support of this Order.

This Order is effective immediately as of 3:30pm on Thursday, September 27, 2012. This Order shall remain in full force and effect for fifteen days until Monday, October 15, 2012, pursuant to Supreme Court Rule 44.01(a).

The parties are hereby ORDERED to appear for hearing on a Motion for Preliminary Injunction on Monday, October 15, 2012 at 1:00pm.

SO ORDERED:

Date 9/27/12

Brenda Stith Loftin, Judge

cc:  Jane Dueker
     Patricia Redington