**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| THE BOYD LAW GROUP, L.C., ) | |
| ) | |
| Plaintiffs, ) | Case No. 12-CV-01744 |
| v. ) | |
| ) | |
| SAINT LOUIS COUNTY, MISSOURI. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF HEARING

TAKE NOTICE that the undersigned attorney for Plaintiff in this action, will call up for hearing its Motion for Leave to File First Amended Complaint and its Motion for Temporary Restraining Order and Preliminary Injunction on **Friday November 30th, 2012 at 9:00 a.m.** or as soon thereafter as counsel may be heard, before Judge John A. Ross, 111 S. 10th Street, Suite 12.148, St. Louis, MO 63102, at which time you may be present if you so desire.

Respectfully Submitted By:

THE BOYD LAW GROUP, L.C.
s/Michael E. Boyd_____
Michael E. Boyd, Mo. Bar #53870
300 St. Peters Centre Blvd., Suite 230
Saint Peters, MO 63376
Telephone:  (636) 447-8500
Fax:  (636) 447-8505
mboyd@boydlawlc.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of November, 2012, I mailed the foregoing US First Class Mail and sent electronically to the following:

Michael A. Shuman
Associate County Counselor
Lawrence K. Roos Bldg.
41 So. Central Avenue
Clayton, MO. 63105

s/Michael E. Boyd_____