UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE BOYD LAW GROUP, L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12-CV-1744-JAR |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is set for hearing on Plaintiff's Motion for Leave to File First Amended Complaint [ECF No. 9] and Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 10] on **Monday, December 3, 2012 at 1:30 p.m.** in Courtroom 12N.

Dated this 27th day of November, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE