UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE JOHN A. ROSS
COURTROOM PROCEEDING 12 NORTH
COURTROOM MINUTE SHEET CIVIL

CASE NO.   4:12CV1744 JAR

STYLE:  The Boyd Law Group, LC v. St. Louis County Missouri

DATE:   December 3, 2012

Court Reporter:   Debbie Kriegshauser

Deputy Clerk:  Andrea Luisetti

Attorneys for Plaintiffs:   Michael Boyd

Attorneys for Defendants:   Michael Hughes

(X)  Parties present for hearing on:

Motion Hearing re [9] Motion for Leave to File First Amended Complaint. Court will reserve ruling until new motion with proposed amended complaint is attached. re [10] Motion for Temporary Restraining Order. Arguments heard.  Motions taken under submission.

Proceeding Commenced:  1:35 p.m.
Proceeding Concluded:   2:05 p.m.